# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Mohammad M. Kargarian ,

    Plaintiff(s),                          JUDGMENT IN A CIVIL CASE

vs.                                        3:12-cv-00498-RJC-DSC

Papa Johns Pizza ,

    Defendant(s).

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 12/7/2012 Order.

Signed: December 7, 2012

Frank G. Johns, Clerk
United States District Court